

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00715-CV

**TK HANKS LP** and Paloma Capital LLC,
Appellants

v.

**ENERFIN FIELD SERVICES LLC**,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 11-07-00120-CVL
Honorable Stella Saxon, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the parties' joint motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against the parties who incurred them. *See* TEX. R. APP. P. 42.1(d).

SIGNED March 11, 2015.

_Karen Angelini_
Karen Angelini, Justice